Case No. 21-11328

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

────────────────♦────────────────

**MARIUS BROWN,**

Appellant-Plaintiff,

v.

**WRIGLEY MANUFACTURING COMPANY, LLC, MATT ARENDS, and FRANK SLOTTERBACK,**

Appellees-Defendants.

────────────────♦────────────────

On Appeal from the United States District Court for the
Northern District of Georgia
Atlanta Division
2:18-CV-00141-RWS

## MOTION TO WITHDRAW AS COUNSEL

**Attorney for Appellant-Plaintiff:**
**Regina S. Molden**
**Georgia Bar No. 515454**
**T. Orlando Pearson**
**Georgia Bar No. 180406**
**Peachtree Center – Harris Tower, Suite 1245**
**233 Peachtree Street, NE**
**Atlanta, Georgia 30303**
**Telephone:  (404) 324-4500**
**Facsimile:  (404) 324-4501**
**Email:  rmolden@moldenlaw.com**
**Email:  topearson@moldenlaw.com**

**June 10, 2022**

USCA11 Case: 21-11328 Document: 34 Date Filed: 06/10/2022 Page: 2 of 7

Page 2 of 7
Brown v. Wrigley Manufacturing Company, LLC, *et al.*, No. 21-11328
Motion to Withdraw as Counsel

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Appellant-Plaintiff Marius Brown ("Brown" or "Appellant") and, pursuant to Rule of the United States Court of Appeals for the Eleventh Circuit ("Eleventh Circuit Rule") 26.1, certifies that, to the best of Brown's knowledge, the following is a complete list of the persons and entities that have an interest in the outcome of the above-captioned case:

Arends, Matthew

Brown, Marius

Choi, Hee Won, Former Counsel for Plaintiff-Appellant

Cooper, Maryfrances T., Counsel for Defendants-Appellees

Davis, Thomas R., Counsel for Defendants-Appellees

Fuller, Clay J., U.S. Magistrate Judge, Northern District of Georgia

Gallagher, Laura B., Counsel for Defendants-Appellees

Jennings, Kathleen J., Counsel for Defendants-Appellees

Klein, Rhonda L., Counsel for Defendants-Appellees

Mars, Incorporated

Molden, Regina S., Counsel for Plaintiff-Appellant

Pearson, Todd Orlando, Counsel for Plaintiff-Appellant

Slotterback, Frank

USCA11 Case: 21-11328     Document: 34     Date Filed: 06/10/2022     Page: 3 of 7

Page 3 of 7
Brown v. Wrigley Manufacturing Company, LLC, *et al.*, No. 21-11328
Motion to Withdraw as Counsel

Story, Richard W., U.S. District Judge, Northern District of Georgia

Wm. Wrigley Jr. Company, Inc.

Wrigley Jr. Company, Inc.

Wrigley Manufacturing Company, LLC

Brown certifies that, to the best of Brown's and Counsel's knowledge, no publicly traded company or corporation has an interest in the outcome of this case or appeal.

USCA11 Case: 21-11328     Document: 34     Date Filed: 06/10/2022     Page: 4 of 7

Page 4 of 7
Brown v. Wrigley Manufacturing Company, LLC, et al., No. 21-11328
Motion to Withdraw as Counsel

# **ARGUMENT AND CITATIONS OF AUTHORITY**

COMES NOW Todd Orlando Pearson, Counsel of Record for Appellant Marius Brown ("Brown" or "Appellant") in the above-captioned case and files, pursuant to Eleventh Circuit Rule 46-10, this Motion to Withdraw as Counsel of Record for Appellant, and as grounds therefore states the following.

1.

On April 15, 2021, Counsel and Regina S. Molden, Esq., commenced the above-captioned appeal on behalf of Brown.

2.

Brown filed, on May 21, 2021, the Appellant's Brief. On July 28, 2021, Wrigley Manufacturing Company, LLC, Matt Arends, and Frank Slotterback filed Appellees' Brief. Subsequently, Brown filed the Appellant's Reply Brief.

3.

On May 11, 2022, the Court scheduled this matter for oral argument on Friday, July 22, 2022. Counsel for the Parties have acknowledged receipt of the calendar. Regina S. Molden, Esq., will continue to represent Brown in the above-captioned case and will present argument on behalf of Brown.

4.

As of June 14, 2022, Counsel T. Orlando Pearson will no longer be associated with the law firm of Molden & Associates, Counsel for Brown.

USCA11 Case: 21-11328     Document: 34     Date Filed: 06/10/2022     Page: 5 of 7

Page 5 of 7
Brown v. Wrigley Manufacturing Company, LLC, et al., No. 21-11328
Motion to Withdraw as Counsel

5.

On June 10, 2022, Appellant Brown consented to Counsel Pearson's withdrawal from the above-captioned case.

WHEREFORE, for the foregoing reasons, Todd Orlando Pearson, counsel of record for Appellant Marius Brown, requests that the Court enter an order allowing Counsel to withdraw from the above-captioned case.  Rule 46-10.

Respectfully submitted this 10th day of June, 2022.

                              MOLDEN & ASSOCIATES

                              REGINA S. MOLDEN
                              Georgia Bar No. 515454
                              T. ORLANDO PEARSON
                              Georgia Bar No. 180406
                              Peachtree Center – Harris Tower, Suite 1245
                              233 Peachtree Street, NE
                              Atlanta, Georgia 30303
                              (404) 324-4500
                              (404) 324-4501 (facsimile)
                              Email:  rmolden@moldenlaw.com
                              Email:  topearson@moldenlaw.com

                              *Counsel for Appellant-Plaintiff Marius Brown*

USCA11 Case: 21-11328     Document: 34     Date Filed: 06/10/2022     Page: 6 of 7

Page 6 of 7
Brown v. Wrigley Manufacturing Company, LLC, et al., No. 21-11328
Motion to Withdraw as Counsel

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE, AND TYPE-STYLE REQUIREMENTS

This document complies with the requirements in Appellate Rule 32 because, excluding the parts of the document exempted by Appellate Rule 32(f), this document contains, as indicated by Microsoft Word, approximately 224 words in 14-point Times New Roman Font.

Respectfully submitted this 10th day of June, 2022.

                MOLDEN & ASSOCIATES

                REGINA S. MOLDEN
                Georgia Bar No. 515454
                T. ORLANDO PEARSON
                Georgia Bar No. 180406
                Peachtree Center – Harris Tower, Suite 1245
                233 Peachtree Street, NE
                Atlanta, Georgia 30303
                (404) 324-4500
                (404) 324-4501 (facsimile)
                Email: rmolden@moldenlaw.com
                Email: topearson@moldenlaw.com

*Counsel for Plaintiff-Appellant Marius Brown*

USCA11 Case: 21-11328     Document: 34     Date Filed: 06/10/2022     Page: 7 of 7

Page 7 of 7
Brown v. Wrigley Manufacturing Company, LLC, *et al.*, No. 21-11328
Motion to Withdraw as Counsel

# CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure, I certify that I have served a true and correct copy of the within and foregoing on all parties by CM/ECF and/or United States Mail as follows:

Respectfully submitted this 10th day of June, 2022.

        MOLDEN & ASSOCIATES

        REGINA S. MOLDEN
        Georgia Bar No. 515454
        T. ORLANDO PEARSON
        Georgia Bar No. 180406
        Peachtree Center – Harris Tower, Suite 1245
        233 Peachtree Street, NE
        Atlanta, Georgia 30303
        (404) 324-4500
        (404) 324-4501 (facsimile)
        Email: rmolden@moldenlaw.com
        Email: topearson@moldenlaw.com

        *Counsel for Plaintiff-Appellant Marius Brown*